**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6346**

DONALD REYNOLDS,

Plaintiff - Appellant,

v.

D. L. YOUNG, Warden; MANNING, SIS Officer; SWEENY, SIS Officer; WISEMAN, Mailroom Officer; BANTON, Mailroom Officer; ANSLEY, Mailroom Officer; FEDERAL BUREAU OF PRISONS,

Defendants - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Frank W. Volk, District Judge.  (5:20-cv-00753)

Submitted:  August 24, 2023                    Decided:  August 29, 2023

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Reynolds, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Reynolds appeals the district court's order accepting the recommendation of the magistrate judge to deny Reynolds summary judgment and grant Defendants summary judgment in Reynolds' action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Reynolds v. Young*, No. 5:20-cv-00753 (S.D.W. Va. Mar. 30, 2023). We deny Reynolds' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*